EMMA LANDWEHR, Appellant, *v.* FLORENCE BARBAS, Respondent.

(Submitted June 3, 1935; decided June 11, 1935.)

*Leo M. Brimmer* for motion.
*Levenous J. Harvey* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serve and file undertaking and pay ten dollars costs within ten days, in which event the motion is denied.